IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF DAWSON VESSELS,) | |
| INC., d/b/a SELF TOWING COMPANY ) | |
| as Owner and Operator of M/V SCAT, ) | CIVIL ACTION NO. 05-730-CG-B |
| Praying for Exoneration from and/or ) | |
| Limitation of Liability ) | |

**ORDER**

This matter is before the court on the motion of limitation claimants, Giau Van Dinh and Sang Dinh, as owners of the M/V JOHNNY T. KIET, to transfer (Doc. 7), and the response thereto of Dawson Vessels, Inc. d/b/a Self Towing Company ("Self Towing") (Doc. 13). Claimants seek to transfer this matter to the United States District Court for the Southern District of Mississippi for consolidation with Civil Action No. 1:05 CV 668 WJG-JMR and Civil Action No. 1:05 CV 667 LG-RHW, pursuant to Supplemental Rule F(9) of the Federal Rules of Civil Procedure. Self Towing concedes that it is appropriate for this Court to transfer the Limitation Action to the Southern District of Mississippi under Rule F(9), provided that such transfer is without prejudice to Self Towing's rights to file a motion in the Southern District of Mississippi to have the Limitation Action transferred back to the Southern District of Alabama for forum non conveniens reasons.

Upon consideration, the motion of Giau Van Dinh and Sang Dinh to transfer is **GRANTED** and this case is hereby **TRANSFERRED to the Southern District of Mississippi** where Self Towing's forum non conveniens arguments may properly be considered.

**DONE and ORDERED** this 8th day of February, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE